IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT L. POWERS, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL TRANSPORT, LLC, an Indiana limited liability company, <br><br> Defendant. | 8:17CV212 <br><br> ORDER |

This matter comes before the Court after a review of the court file and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff, Robert L. Powers, filed the instant Complaint on June 20, 2017. (Filing No. 1). The record demonstrates that Defendant, Central Transport, LLC., was served on June 24, 2017. (Filing No. 5). Defendant has not filed an answer or otherwise responded to the Complaint within the time provided by the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 12(a). Plaintiff has taken no other action against Defendant. It remains Plaintiff's duty to go forward in prosecuting this case. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute the case. Accordingly,

**IT IS ORDERED**: Plaintiff has until August 25, 2017, to show cause why this case should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this action without further notice.

DATED this 2nd day of August.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge